IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES A. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-380-WKW |
| ) | (WO) |
| GREG WHITE, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Magistrate Judge filed a Recommendation in this case (Doc. # 18) on May 16, 2006, finding that the plaintiff's complaint is due to be dismissed without prejudice for failure to file a response in compliance with the Court's directives. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that the Recommendation of the Magistrate Judge is adopted, and the plaintiff's claims in this case are dismissed without prejudice.

An appropriate judgment will be entered.

DONE this the 9th day of June, 2006.

                                            /s/  W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE